# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:  Angela Ann Thornhill                                           BK No. 20-bk-40012

                                                                              Chapter 7

## MOTION FOR EXTENSION OF TIME

Now comes the Debtor, Angela Ann Thornhill, through her counsel, with this Motion for

Extension of Time to file the documents listed in the court Order entered on January 6th 2020 in

the above stated case for a period of two (2) weeks for a new deadline of Wednesday, **February

4th, 2020**.  As grounds therefore, Debtor's counsel states that he needs the additional time to

complete the schedules with the debtor.  The extension of time will not prejudice any creditors

and will not interfere with any other deadlines.

Therefore, the Debtor respectfully requests this honorable court grant her Motion for

extension of time to February 4th, 2020.

Respectfully Submitted,

_/s/ Todd S. Dion_____
Todd S. Dion, Esq. (BBO #659109)
15 Cottage Ave, Suite 202
Quincy, MA02169
Telephone: 401-965-4131
toddsdion@msn.com

01/22/2020  GRANTED.  THE DEADLINE FOR FILING THE OUTSTANDING DOCUMENTS SET FORTH IN THE ORDER TO UPDATE IS EXTENDED TO FEBRUARY 4, 2020.